■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WILLIAMS, Appellant. (Appeal No. 2.) [595 NYS2d 705] — Judgment unanimously reversed on the law, plea vacated and matter remitted to Monroe County Court for further proceedings on the indictment (see, People v Fuggazzatto, 62 NY2d 862). (Appeal from Judgment of Monroe County Court, Connell, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Doerr, JJ.